OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
4/6/2015 PRIVATE USE

TURNER, JAMES DANIEL    Tr. Ct. No. W88-77193-L (C)    WR-6,771-12

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JAMES DANIEL TURNER
████████████ - TDC # 488478
████████████████
████████████████ 2                         U TF

